JOSEPH STONE et al., Respondents, *v.* CHARLES WEIDY et al., Appellants.

(Submitted October 16, 1931; decided November 17, 1931.)

*Charles A. Murphy* for appellant.
*Andrew J. Hanmer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.